DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff ENRIQUE VERDUGO,
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VERDUGO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENALI WATER SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 5:18-cv-00170-ODW (SHK)<br><br>Class Action<br><br>Assigned for All Purposes to:<br>Hon. Otis D. Wright II<br>Courtroom 5D, First Street Courthouse<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT, APPROVAL OF AMENDED CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br><br>[*Filed concurrently with Supplemental Memorandum; Declaration of Alvin B. Lindsay; Amended Settlement, Amended Class Notice, and [Proposed] Order*]<br><br>Hearing:   April 22, 2019<br>Time:      1:30 p.m.<br>Judge:     Hon. Otis D. Wright II<br>Location:  Courtroom 5D<br><br>Complaint Filed:  August 1, 2017<br>Removed:  September 28, 2017<br>Amended Complaint: March 28, 2018 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **April 22, 2019** at **1:30 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 5D of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Otis D. Wright II, Plaintiff ENRIQUE VERDUGO ("Plaintiff"), on behalf of himself and all others similarly situated employees of Defendant DENALI WATER SOLUTIONS ("Defendant") (collectively, "the parties"), will and hereby does move this Court for preliminary approval of the parties' Joint Stipulation of Class Action Settlement (the "Settlement" or "Settlement Agreement") and Amended Joint Stipulation of Class Action Settlement (the "Amended Settlement Agreement").

The present motion follows Plaintiff's prior motion for preliminary approval of the parties' Settlement Agreement, filed on **September 10, 2018**. (ECF No. 31 *et seq*.). A copy of the parties' Settlement Agreement was provided at Exhibit A to the Declaration of Class Counsel, David Yeremian, in support of the Motion for Preliminary Approval. (*See*, Yeremian Decl., ECF No. 31-2, Exhibit A, Settlement (ECF No. 31-3)). The parties' original Notice of Class Action Settlement ("Class Notice") was included at Exhibit A to the original Settlement. (*Id*.). These documents are incorporated into the present Motion.

On **January 31, 2019**, the Court issued its Order Denying Preliminary Approval Without Prejudice and with Leave to Refile within 60 Days ("Order") (ECF No. 33), addressing required revisions to the Settlement Agreement and Class Notice. The parties' counsel then met and conferred and agreed to the Amended Settlement Agreement and an amended class notice (the "Amended Class Notice"), which are now before the Court for preliminary approval and are provided in the accompanying Declaration of Alvin B. Lindsay ("Lindsay Decl."), ¶¶ 7-9; Exhibits A-C.

Plaintiff respectfully requests entry of an Order (1) conditionally certifying a Class comprised of Defendant's non-exempt drivers in California for settlement

1

MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT

purposes under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23"); (2) preliminarily approving the parties' Settlement Agreement and Amended Settlement Agreement; (3) appointing Plaintiff as the Class Representative for the Class and Plaintiff's counsel as Class Counsel; (4) approving the form of the parties' proposed Amended Class Notice and Challenge Form; and (5) scheduling a hearing on the final approval of the Settlement and approval of the application of Class Counsel and Plaintiff for their requested attorneys' fees, costs, and Class representative enhancement award.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement Agreement and Amended Settlement Agreement are fair, adequate, and reasonable and in the best interests of the Class members as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class and members to participate in, opt out of, or object to the Settlement.

This Motion is based upon the Notice of Motion and Unopposed Motion and supporting documents at ECF Nos. 31 and 31-1 through 31-5, the Supplemental Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement and Amended Settlement Agreement, the amended Class Notice, the Declarations of Class Counsel and their exhibits, the [Proposed] Order granting preliminary approval as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

| | | |
|---|---|---|
| 1 | DATED: March 15, 2019 | DAVID YEREMIAN & ASSOCIATES, INC. |
| 2 | | |
| 3 | | By:  /s/ Alvin B. Lindsay  |
| | | David Yeremian |
| 4 | | Alvin B. Lindsay |
| | | Attorneys for Plaintiff |
| 5 | | and the Settlement Class members |

MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT