DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff ENRIQUE VERDUGO,
on behalf of himself and the Settlement Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VERDUGO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENALI WATER SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 5:18-cv-00170-ODW (SHK)<br><br><u>Class Action</u><br><br><u>Assigned for All Purposes to</u>:<br>Hon. Otis D. Wright II<br>Courtroom 5D, First Street Courthouse<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declarations of David Yeremian and Nathalie Hernandez; and [Proposed] Order and Judgment*]<br><br>Hearing:   September 16, 2019<br>Time:        1:30 p.m.<br>Judge:      Hon. Otis D. Wright II<br>Location:  Courtroom 5D<br><br>Complaint Filed: December 21, 2017<br>Removed:  January 25, 2018<br>Amended Complaint: March 28, 2018 |

UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **September 16, 2019** at **1:30 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 5D of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Otis D. Wright II, Plaintiff ENRIQUE VERDUGO ("Plaintiff"), on behalf of himself and all others similarly situated employees of Defendant DENALI WATER SOLUTIONS ("Defendant") (collectively, "the parties"), will and hereby does move this Court for final approval of the parties' Joint Stipulation of Class Action Settlement (the "Settlement" or "Settlement Agreement") and Amended Joint Stipulation of Class Action Settlement (the "Amended Settlement Agreement").

A copy of the original Settlement Agreement was provided at Exhibit A to Class Counsel's declaration in support of the motion for preliminary approval document (*see* ECF No. 31-3). A copy of the Amended Joint Stipulation of Class Action Settlement, which only listed the revisions from the original Agreement, was provided at Exhibit A to the Lindsay Declaration in support of the supplemental motion for preliminary approval documents. (*See* ECF No. 34-3). The Amended Settlement incorporated the original and together they constitute the Settlement Agreement. Copies of the Settlement Agreement and the Amended Settlement Agreement are also provided for the Court's review at **Exhibit A** to the concurrently filed declaration of Class Counsel, David Yeremian, in support of final approval.

The motion will be heard concurrently with Plaintiff's Motion for award of requested attorneys' fees and reasonable litigation costs to Plaintiff's counsel and an award of the Class Representative Enhancement and Incentive Award to Plaintiff ("Fees and Costs Motion"). Defendant does not oppose the present Motion or the Fees and Costs Motion, or the requested awards.

Plaintiff brings this Motion pursuant to the Court's authority to approve the class action settlement upon finding that it is fair, reasonable, and adequate under Rule 23(e)(2) of the Federal Rules of Civil Procedure. The basis for this Motion is

that the proposed settlement is fair, adequate, and reasonable and in the best interests of the Class as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class members to participate in, opt out of, or object to the Settlement. The Court has already preliminarily approved the Settlement, and the Settlement Administration has been completed successfully and provides reasonable compensation to and the Class Members for their claims against Defendant.

Plaintiff requests entry of the concurrently provided [Proposed] Order and Judgment granting final approval of the Settlement Agreement and awarding the Settlement Administrator, ILYM Group, Inc., reasonable administration costs and fees of $6,000.00. Plaintiffs further request that the Court approve the requested attorneys' fees and costs and representative enhancement awards, as addressed in the Fees and Costs Motion documents.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents, and those submitted with the Fees and Costs Motion. This Motion is based upon this Notice of Motion and Unopposed Motion, the Memorandum of Points and Authorities, and the Declarations of David Yeremian (Class Counsel) and Nathalie Hernandez (Settlement Administration), along with the other documents filed herewith, including the Settlement Agreement documents, any Exhibits to the Declarations, and the [Proposed] Order and Judgment, as addressed above, the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

The parties respectfully request entry of an Order finding that the proposed class action Settlement is fundamentally fair, adequate and reasonable, and granting final approval to the Settlement.

| | | |
|---|---|---|
| 1 | DATED: August 20, 2019 | DAVID YEREMIAN & ASSOCIATES, INC. |

By: */s/ Alvin B. Lindsay*
David Yeremian
Alvin B. Lindsay
Attorneys for Plaintiff
and the Settlement Class members

UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT